UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

KAHILIEF FRASER,

                Plaintiff,

v.

JOHN PIRCELL, Badge # 1425,

                Defendant.

------------------------------------------------------------------------X

**ORDER**
CV 11-4670 (JMA) (GRB)

**AZRACK, United States District Judge:**

Before the Court is a Report and Recommendation ("R & R") from Magistrate Judge Brown recommending that the Court dismiss this action with prejudice under Federal Rule of Civil Procedure 41(b). Plaintiff has not objected to the R & R. Having conducted a review of the full record and the applicable law, and having reviewed the R & R for clear error, the Court adopts Judge Brown's R&R in its entirety.

The Clerk of Court is directed to close this case and mail a copy of this Order to plaintiff.

**SO ORDERED.**

Dated: January 6, 2016
Central Islip, New York

                                                        /s/    JMA
                                                JOAN M. AZRACK
                                                UNITED STATES DISTRICT JUDGE